J. STEPHANIE KRMPOTIC, SBN 128671
MICHAEL T. BEUSELINCK, SBN 251991
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111
Telephone:    (415) 981-6630
Facsimile:    (415) 982-1634
jskrmpotic@lowball.com

Attorneys for Defendants
BRADLEY STEWART BARTLETT and
MOUTRIE TRUCKING LLC
(erroneously named herein as Moutrie Trucking, Inc.)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID COOK JR and VERNADINE COOK, | Case No. 2:13-cv-02496-MCE-CMK |
| Plaintiffs, | ORDER OF DISMISSAL |
| vs. | |
| BRADLEY BARTLETT; MOUTRIE TRUCKING, INC., and DOES 1 through 50, inclusive. | |
| Defendants. | |

Pursuant to the Stipulation for Dismissal with Prejudice filed on August 22, 2014 (ECF No. 7) and Federal Rule of Civil Procedure 41, this case is DISMISSED with prejudice. The Clerk shall CLOSE the case.

IT IS SO ORDERED.

Dated:  September 8, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT